IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES STAFFORD                                                                                           PLAINTIFF

v.                                              Case No. 4:22-cv-4092

ROBERT GENTRY, *et al.*                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 2, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that this case be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED**. Plaintiff is warned that the dismissal of this case may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case. Further, the Court certifies pursuant to 28 U.S.C. § 1915A(a)(3) that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 27th day of February, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge